**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-14186-ALTMAN**

**JUSTIN W. SETTLE**,

*Plaintiff*,

*v.*

**SERGEANT YATES and**
**OFFICER CANNADO**,

*Defendants*.
______________________________________/

**ORDER**

Our Plaintiff, Justin W. Settle, filed an amended civil-rights complaint under 42 U.S.C. § 1983. *See* Amended Complaint [ECF No. 13]. We screened the Amended Complaint under 28 U.S.C. §§ 1915A and 1915(e)(2) and found that Settle's Eighth Amendment claims against the Defendants Sergeant Yates and Officer Cannado in their individual capacities could proceed to service. *See* Screening Order [ECF No. 16] at 13. We also granted Settle's motion for leave to proceed *in forma pauperis* ("IFP Motion"). *See generally* Order Granting IFP Motion [ECF No. 15].

Accordingly, we **DIRECT** the Clerk's Office to process and send the summons to the U.S. Marshal for service. *See* FED. R. CIV. P. 4(c)(3) ("The court must so order [directed service by a United States marshal or deputy marshal] if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915."). Upon receipt of the Amended Complaint and summons, the U.S. Marshal **SHALL** promptly complete service—by serving the Amended Complaint [ECF No. 13], the Screening Order [ECF No. 16], this Order, and a copy of the docket sheet—on the following two Defendants:

Sergeant Yates
Okeechobee Correctional Institution
3420 N.E. 168th Street
Okeechobee, FL 34972

Officer Cannado
Okeechobee Correctional Institution
3420 N.E. 168th Street
Okeechobee, FL 34972

The Marshal **SHALL** immediately file proof of service with the Clerk of Court. If the Marshal cannot serve the Defendant personally under Fed. R. Civ. P. 4(e)(2)(A), the Marshal may use substitute service under Fed. R. Civ. P. 4(e)(2)(B)–(C).[1]

**DONE AND ORDERED** in the Southern District of Florida on May 26, 2026.

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: Justin W. Settle, *pro se*
United States Marshal

[1] On the "process receipt and return" form, the Marshal shall note the officer's full name, title, and badge number. If the Marshal opts for substitute service on the Defendant, he must explain why he couldn't serve the Defendant personally.