AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Justin W. Settle

*Plaintiff(s)*

v.

Florida Department of Corrections et al

*Defendant(s)*

Civil Action No. 2:25-cv-14186-RKA

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Officer Cannado
Okeechobee Correctional Institution
3420 N.E. 168th Street
Okeechobee, FL 34972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin W. Settle
V08109
Florida State Prison
Inmate Mail/Parcels
23916 NW 83rd Ave
Raiford, FL 32083

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

SUMMONS

Date: May 27, 2026

s/ W. Cendejas

Deputy Clerk
U.S. District Courts