**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Justin W. Settle | 2:25-cv-14186-RKA |
| DEFENDANT | TYPE OF PROCESS |
| Officer Cannado | civil |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Officer Cannado
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: Okeechobee Correctional Institution 3420 N.E. 168th Street, Okeechobee, FL 34972

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 2 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 4 | No. 4 | DAVID HUGHES Digitally signed by DAVID HUGHES Date: 2026.07.22 10:07:43 -04'00' | 7/22/2026 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time |
|---|---|---|
| Theresa Wells (sergeant) | 6/12/2026 | 2:26 ☐ am ☒ pm |
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | |
| | DAVID HUGHES Digitally signed by DAVID HUGHES Date: 2026.07.22 10:08:08 -04'00' | |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS

Served to the sergeant who was filling in for the Warden's secretary at Okeechobee Correctional Institution on 06/12/2026.

FILED BY LC D.C.
JUL 22 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Justin W. Settle | 2:25-cv-14186-RKA |
| DEFENDANT | TYPE OF PROCESS |
| Officer Cannado | civil |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Officer Cannado
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: Okeechobee Correctional Institution 3420 N.E. 168th Street, Okeechobee, FL 34972

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| | | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 4 | No. 4 | DAVID HUGHES Digitally signed by DAVID HUGHES Date: 2026.07.22 10:07:43 -04'00' | 7/22/2026 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time |
|---|---|---|
| Theresa Wells (sergeant) | 6/12/2026 | 2:26 ☐ am ☒ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | DAVID HUGHES Digitally signed by DAVID HUGHES Date: 2026.07.22 10:08:08 -04'00' |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS

Served to the sergeant who was filling in for the Warden's secretary at Okeechobee Correctional Institution on 06/12/2026.

FILED BY CC D.C.
JUL 22 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE