UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

7/20 LEGAL MAIL
Provided to Florida State Prison on 7/20/26 for mailing by [initials]

Justin W. Settle
V.
Ricky Dixon, Secretary, Florida Department of corrections, et al.,

Case No.: 25-cv-14186-ALTMAN

FILED BY [initials] D.C.
JUL 24 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

# NOTICE OF INQUIRY

In response to this courts order, Plaintiff filed his Amended §1983 Civil complaint on September 11, 2025 by hand delivering such complaint to prison officials for mailing.

As of this 20th day of July 2026, Plaintiff has not received any type of response from defendants or this court.

It has been over ten months since the filing of Plaintiff's Amended §1983 Civil complaint and Motion to proceed Informa Pauperis. Plaintiff is not rushing a response, however Plaintiff is concerned that maybe prison officials failed to deliver legal mail to him.

Plaintiff prays the clerk send him a civil docket in the above styled case or some type of notice to make Plaintiff aware of what's going on with the case and if this court is waiting for anything from Plaintiff before the case can proceed forward.

Sincerly Gracious

/s/ [signature]

Justin W. Settle-V08109
Florida State Prison
P.O. Box-800
Raiford, FL 32083

Justin Settle-V08109
Florida State Prison
P.O. Box-800
Raiford, FL 32083

Mailed From A State
Correctional Institution

US POSTAGE IMI PITNEY BOWES
ZIP 32083 $ 000.78⁰
02 4W
0000385900 JUL. 21. 2026

United States District Court
Southern District of Florida
Clerks office, Room 1016
101 South U.S. Highway one
Fort Pierce, Florida 34950-4209

RECEIVED
JUL 24 2026
FTP

CLEARED X-RAY

LEGAL MAIL

LEGAL MAIL ONLY

34950§4209 C007

7/16/26 LEGAL MAIL
Provided to Florida State Prison on
7/16/26 for mailing by [illegible]