FILED BY SCM D.C.
JUL 24 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JUSTIN W. SETTLE, pro se.,
V.

CASE No.: 25-cv-14186-ALTMAN

RICKY DIXON, secretary, Florida Department of Corrections, et al.,

# REQUEST FOR LEGAL FORMS

The law library at Florida State Prison will not provide me with a "SUMMONS" or even an example of such. Plaintiff filed an Amended §1983 civil complaint September 11, 2026 with this honerable court however the plaintiff did not have a summons for each defendant.

If plaintiff is required to provide this court a summons for each defendant, please send me Four summons forms.

Sincerly Gracious

[signature]

Justin W. Settle

# CERTIFICATE OF SERVICE

I, Justin W. Settle, hereby certify that the foregoing was submitted to prison officials on July 20, 2026 for mailing to; United States District Court, Southern District of Florida, Clerks office, Room 1016, 101 South U.S. Highway one, Fort Pierce, Florida 34950-4209.

/S/ Justin Settle

Justin W. Settle - V08109
Florida State Prison
P.O. Box-800
Raiford, FL 32083

Justin Settle-V08109
Florida State Prison
P.O. Box-800
Raiford, FL 32083

Mailed From A State
Correctional Institution

US POSTAGE IMI PITNEY BOWES
ZIP 32083 $ 000.78⁰
02 4W
0000385900 JUL. 21. 2026

United States District Court
Southern District of Florida
Clerks office, Room 1016
101 South U.S. Highway one
Fort Pierce, Florida 34950-4209

RECEIVED
JUL 24 2026
FTP

CLEARED X-RAY

LEGAL MAIL

LEGAL MAIL ONLY

34950$4209 C007

7/20 LEGAL MAIL
Provided to Florida State Prison on
7/20/26 for mailing by ____