CLOSED,EFD

# U.S. District Court
# Southern District of Florida (Ft Pierce)
# CIVIL DOCKET FOR CASE #: 2:25−cv−14186−RKA
# *Internal Use Only*

Settle v. Florida Department of Corrections et al
Assigned to: Judge Roy K. Altman
Cause: 42:1983 State Prisoner Civil Rights

Date Filed: 06/03/2025
Date Terminated: 06/30/2025
Jury Demand: None
Nature of Suit: 555 Habeas Corpus (Prison Condition)
Jurisdiction: Federal Question

**Plaintiff**

**Justin W. Settle**

represented by **Justin W. Settle**
V08109
Florida State Prison
Inmate Mail/Parcels
23916 NW 83rd Ave
Raiford, FL 32083
PRO SE

V.

**Defendant**

**Florida Department of Corrections**
*Ricky Dixon, Secretary of FDOC*
*TERMINATED: 05/20/2026*

**Defendant**

**Sergeant Yates**
*Correction Officer, Okeechobee C. I.*
*Being sued in his/her individual capacity*

**Defendant**

**Correctional Officer Dunn**
*Okeechobee C. I. Being sued in his/her individual capacity*

**Defendant**

**Correctional Officer Cannado**
*Okeechobee C. I. Being sued in his/her individual capacity*

**Defendant**

**Sergeant Hernandez**
*Correctional Officer, Okeechobee C. I.*
*Being sued in his/her individual capacity*
*TERMINATED: 05/20/2026*

**Defendant**

**Sergeant Rogers**
*Correctional Officers, Okeechobee C. I.*
*Being sued in his/her individual capacity*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 07/24/2026 | 21 | REQUEST for Legal Forms by Justin W. Settle (ls) (Entered: 07/24/2026) |
| 07/24/2026 | 20 | NOTICE of Inquiry by Justin W. Settle re 13 Amended Complaint (ls) (Entered: 07/24/2026) |
| 07/22/2026 | 19 | SUMMONS (Affidavit) Returned Executed on 13 Amended Complaint/Amended Notice of Removal with a 21 day response/answer filing deadline pursuant to Fed. R. Civ. P. 12 by Justin W. Settle. Correctional Officer Cannado served on 6/12/2026, response/answer due 7/6/2026. (wce) (Entered: 07/22/2026) |
| 05/27/2026 | 18 | Summons Issued as to Correctional Officer Cannado, and Sergeant Yates. (Attachments: # 1 Summons as to Cannado)(wce) (Entered: 05/27/2026) |
| 05/26/2026 | 17 | ORDER: re 15 Order on Motion for Leave to Proceed in forma pauperis. Accordingly, we DIRECT the Clerk's Office to process and send the summons to the U.S. Marshal for service. Signed by Judge Roy K. Altman on 5/26/2026. *See attached document for full details.* (wce) (Entered: 05/27/2026) |
| 05/20/2026 | 16 | ORDER: Justin W. Settle's failure−to−protect claims for damages against Sergeant Yates and Officer Cannado in their individual capacities shall PROCEED to service. The Clerk shall TERMINATE Sergeant Hernandez and Secretary Ricky Dixon as parties to this case. This case shall remain administratively CLOSED. Signed by Judge Roy K. Altman on 5/20/2026. *See attached document for full details.* (wce) (Entered: 05/20/2026) |
| 10/15/2025 | 15 | ORDER GRANTING MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*. The Plaintiff's 14 IFP Motion is **GRANTED**. The Plaintiff shall owe the United States $350.00, which the Plaintiff must pay to the Clerk of Court as funds become available. We'll screen the Plaintiff's Amended Complaint by separate Order. Signed by Judge Roy K. Altman on 10/15/2025. *See attached document for full details.* (gan) (Entered: 10/15/2025) |
| 09/15/2025 | 14 | MOTION for Leave to Proceed in forma pauperis by Justin W. Settle. (wce) (Entered: 09/15/2025) |
| 09/15/2025 | 13 | AMENDED COMPLAINT against Correctional Officer Cannado, Florida Department of Corrections, Sergeant Hernandez, and Sergeant Yates, filed by Justin W. Settle. (Attachments: # 1 Amended Complaint Copies)(wce) (Entered: 09/15/2025) |
| 09/04/2025 | 12 | **PAPERLESS ORDER granting** Justin W. Settle's 11 Motion for Extension of Page Limit. We'll allow Settle to file an amended complaint that's no longer than 25 double−spaced pages. We warn Settle, however, that we'll strike any portion of his amended complaint beyond this page limitation. Signed by Judge Roy K. Altman on 9/4/2025. (gan) (Entered: 09/04/2025) |
| 09/02/2025 | 11 | MOTION for Leave to File Excess Pages by Justin W. Settle. (wce) (Entered: 09/03/2025) |
| 08/18/2025 | 10 | **PAPERLESS ORDER granting** Justin Settle's 9 Motion for Extension of Time. On or before **September 17, 2025**, Settle must file an amended civil−rights complaint in accordance with our 4 Order to Amend. Signed by Judge Roy K. Altman on 8/18/2025. (gan) (Entered: 08/18/2025) |
| 08/18/2025 | 9 | MOTION for Extension of Time to Amend re 7 by Justin W. Settle. Responses due by 9/2/2025. (wce) (Entered: 08/18/2025) |
| 08/05/2025 | 8 | NOTICE of Compliance re 7 Order. DE#4 and Complaint for Violation of Civil Rights (Prisoner) mailed to Justin Settle at Florida State Prison, located at 23916 SW 83rd Avenue, Raiford, Florida, 32083. (Address updated in CM−ECF) (scn) (Entered: 08/06/2025) |
| 08/05/2025 | 7 | **PAPERLESS ORDER.** On June 30, 2025, the Clerk filed a Notice saying that Settle still hasn't received our 4 Order to Amend or a copy of our court−approved form for civil−rights actions filed by prisoners. *See* First Clerk's Notice of Undeliverable Mail [ECF No. 6]. We'll take judicial notice of Settle's current address from the Florida Department of Corrections which is Florida State Prison, located at 23916 SW 83rd Avenue, Raiford, Florida, 32083. https://www.inmatesearchflorida.org/Florida_Department_of_Corrections.html (search: Settle, Justin). The Clerk is **DIRECTED** to mail Settle a copy of our 4 Order |

| | | |
|---|---|---|
| | | to Amend and a copy of this Court's form titled "Complaint for Violation of Civil Rights (Prisoner)" to 23916 SW 83rd Avenue, Raiford, Florida 32083. Signed by Judge Roy K. Altman on 8/5/2025. (gan) (Entered: 08/05/2025) |
| 08/05/2025 | 6 | **FIRST** Clerk's Notice of Undeliverable Mail re 4 Order Dismissing/Closing Case & 1983 new case packet. US Mail returned for: Justin W. Settle. ***The Court has not located an updated address for this party. After two undeliverable notices from the Court, notices will no longer be sent to this party in this case until a correct address is provided.*** Mail returned as unable to forward. (scn) (Entered: 08/05/2025) |
| 06/30/2025 | 5 | NOTICE of Compliance per DE 4 , the Clerk has mailed to the Plaintiff, a copy of the Order and a copy of Court's form titled "Complaint for Violation of Civil Rights (Prisoner)." (wce) (Entered: 06/30/2025) |
| 06/30/2025 | 4 | ORDER: By July 23, 2025, the Plaintiff must file an amended complaint. The Clerk is DIRECTED to attach a copy of this Court's form titled "Complaint for Violation of Civil Rights (Prisoner)." Settle's IFP Motion [ECF No. 3 ] is DENIED as moot. The Clerk's Office shall administratively CLOSE this case. Closing Case. Signed by Judge Roy K. Altman on 6/30/2025. *See attached document for full details.* (Attachments: # 1 Civil Rights Complaint) (wce) (Entered: 06/30/2025) |
| 06/03/2025 | 3 | MOTION for Leave to Proceed in forma pauperis by Justin W. Settle. (kma) (Entered: 06/04/2025) |
| 06/03/2025 | 2 | Judge Assignment to Judge Roy K. Altman (kma) (Entered: 06/04/2025) |
| 06/03/2025 | 1 | Complaint pursuant to 42 USC 1983 against Correctional Officer Connado, Correctional Officer Dunn, Florida Department of Corrections, Sergeant Hernandez, Sergeant Rogers, Sergeant Yates. Filing fee $ 405.00 (IFP Motion filed), filed by Justin W. Settle. (Attachments: # 1 Exhibit Grievances, # 2 Notice re Services Request)(kma) (Entered: 06/04/2025) |