FILED BY MCO D.C.

AUG 11 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## FT PIERCE DIVISION

8/13 LEGAL MAIL
Provided to Florida State Prison on 8/3/26 for mailing by ________

JUSTIN W. SETTLE
V.
FLORIDA DEPARTMENT OF CORRECTIONS, et al.,

CASE No.: 2:25-cv-14186-RKA

# NOTICE OF CHANGE OF ADDRESS

On 7-24-2026, Plaintiff in the above styled case, filed a Notice of Inquiry (Doc# 20) and in response was provided with the Civil Docket for the above styled case. Via such Civil Docket, Plaintiff learned of this courts Order (Doc# 16) filed 5-20-2026 and this courts order (Doc #17) filed 5-26-2026. Niether of which did plaintiff receive via U.S. Mail.

The address this court is currantly using to send plaintiff's mail (Justin W. Settle-V08109, Florida State Prison, Inmate Mail/Parcels, 23916 NW 83rd Ave, Raiford, FL 32083) is incorrect. The correct address is; Justin W. Settle-V08109, Florida State Prison, P.O. Box-800, Raiford, FL 32083. Please chage the address on record to; Justin W. Settle-V08109, Florida State Prison, P.O. Box-800, Raiford, FL 32083.

# CERTIFICATE OF SERVICE

I, Justin W. Settle, hereby certify under penalty of perjury that a true and correct copy of the foregoing was hand delivered to prison officials on August 3rd, 2026 for mailing to; U.S. District Court, Southern District of Florida, office of the Clerk, Room-8N09, 400 North Miami Ave, Miami, FL 33128-7716

/s/ Justin Settle

Justin W. Settle-V08109
Florida State Prison
P.O. Box-800
Raiford, FL 32083

Justin W. Settle-V08109
Florida State Prison
P.O. Box-800
Raiford, FL 32083

MIAMI FL 330

Mailed From A State
Correctional Institution

US POSTAGE PITNEY BOWES
ZIP 32083 $ 000.78⁰
02 4W
0000385900 AUG 04 2026

U.S. District Court
Southern District of Florida
Office of the Clerk, Room 8N09
400 North Miami Ave
Miami, FL 33128-7716

LEGAL MAIL

LEGAL MAIL ONLY

33128$7718 C071

813 LEGAL MAIL
Provided to Florida State Prison on
8/4/26 for mailing by

REC'D BY ______ D.C.
AUG 11 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI