UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT

CASE NO: 25-CV-14186-ALTMAN

JUSTIN W SETTLE,

Plaintiff,

vs.

RICKY DIXON, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, et. al.,

Defendant.
_____________________________________/

**DEFENDANTS', CLIFTON YATES AND OFFICER CANNADO, MOTION TO REOPEN MATTER PURSUANT TO THE COURT'S MAY 20, 2026, ORDER [ECF NO. 16]**

**DEFENDANTS**, SERGEANT CLIFTON YATES and OFFICER CANNADO, by and through their undersigned counsel, Whitelock & Associates, P.A., and pursuant to Fed. R. Civ. P. 6 and S.D. Fla. L.R. 7.1, hereby file this Motion to Reopen Matter Pursuant to ECF No. 16, and in support state as follows:

1. The undersigned firm has just recently been retained as counsel in this matter for the Defendants.

2. However, the Defendants do not appear at this time to be technically served as a matter of law. The papers were apparently dropped off with a non-service officer while the institution's service agent was out of town, and the Department of Corrections' Risk Management office only recently obtained the paperwork and arranged for the assignment of counsel.

3. Notwithstanding, and rather than expending public and court resources on various service motions, the undersigned on behalf of these Defendants would request the reopening of this matter pursuant to ECF No. 16.

4. Defendants, in accordance with the Court's Order [ECF No. 16], would request that the matter be re-opened and be provided the thirty (30) days from the entry of such order to then respond to the now operative pleading, rather than an extended waiver-of-service period or a challenge to service. The brief additional time is requested because the undersigned was retained only recently and requires time to obtain and review the relevant institutional records before responding on behalf of both Defendants.

5. This request is made in good faith and not for the purpose of unnecessary delay.

**WHEREFORE**, and based upon the foregoing, Defendants respectfully request that the Court enter an Order reopening this matter and provide thirty (30) days to the Defendants from the entry of such order to respond to the operative pleading, Plaintiff's Amended Complaint [ECF No. 13], and grant any such further relief as the Court deems just and proper.

Respectfully submitted,

WHITELOCK & ASSOCIATES, P.A.
300 Southeast Thirteenth Street
Fort Lauderdale, Florida 33316
Telephone: (954) 463-2001
Facsimile: (954) 463-0410
Counsel for Defendants

/s/Christopher J. Whitelock
Christopher J. Whitelock, Esq.
Florida Bar No. 0067539
Jessalynn R. Kantzavelos
Florida Bar No. 117926

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 24, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

s/Christopher J. Whitelock
CHRISTOPHER J. WHITELOCK

**SERVICE LIST**

**Justin W. Settle**
V08109
Florida State Prison
Inmate Mail/Parcels
23916 NW 83rd Ave
Raiford, FL 32083
PRO SE